Submitted January 26, affirmed March 3, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MERLE ANN CHRISTENSEN,
*Defendant-Appellant.*

Lane County Circuit Court
17CR73217; A169493

482 P3d 221

Bradley A. Cascagnette, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stephanie J. Hortsch, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Kirsten M. Naito, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Ciraulo*, 367 Or 350, 478 P3d 502 (2020).